UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CAROLINA PAR-ROSALES, and ETHAN JAFETH PAR, minor child,<br><br>                Petitioners,<br><br>v.<br><br>WILLIAM P. BARR, et al.,<br><br>                Respondents. | Case No.: 19cv1844-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

Petitioners have filed a notice of voluntary dismissal.  Respondents have not answered or filed a dispositive motion. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITHOUT PREJUDICE**.


**IT IS SO ORDERED**.

Dated:  October 29, 2019

_____
Hon. Larry Alan Burns
Chief United States District Judge

1